EDITH BARTHOLOMEW, Appellant, v. NEW YORK TELEPHONE COMPANY et al., Respondents, and HARRY N. WETMORE, JR., Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.